THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HAROLD P. ODOM, Appellant.

Argued October 15, 1942; decided November 25, 1942.

*James Adikes* and *William E. Kennedy* for appellant.

*Edward J. Neary, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.